DARDEN *et al. v.* BIRD.

RUSSELL, Chief Justice. This case is controlled by the decision in *Wheeler* v. *Beazley,* 181 *Ga.* 31.

*Judgment affirmed. All the Justices concur.*

No. 10679. NOVEMBER 16, 1935.

*J. A. Mitchell* and *J. G. Faust,* for plaintiffs.
*J. A. Beazley,* for defendant.